✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2018

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Allen, Tammy Marie | Docket No. | 2:17CR00229-TOR-12 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Tammy Marie Allen, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 14th day of December 2017, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant tested positive for the presence of amphetamine and methamphetamine on March 29, 2018.

**Violation #2:** The defendant tested positive for the presence of amphetamine and methamphetamine on April 9, 2018.

**Violation #3:** The defendant tested positive for the presence of amphetamine and methamphetamine on April 12, 2018.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 25, 2018

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

Re: Allen, Tammy Marie
April 25, 2018
Page 2

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[X]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

*m. k. Dimke*

Signature of Judicial Officer

4/25/2018

Date