UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO: 2:17-CR-0229-TOR-12 |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL |
| TAMMY MARIE ALLEN, | |
| Defendant. | |

BEFORE THE COURT are Defendant's Motion (and Amended Motion) to Modify Conditions of Release to Permit Travel and Motion to Expedite. ECF Nos. 860, 861, 871. The motions were submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

On January 16, 2019, Defendant appeared before the Court and plead guilty to one count of Possession with the Intent to Distribute 5 Grams or More of Actual Methamphetamine, in violation of 21 U.S.C. § 841. At the hearing, the Court scheduled sentencing for May 14, 2019, and allowed Defendant to remain released

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 1

pursuant to the conditions of release previously imposed in this matter. Additional Condition of Release No. 14 requires the Defendant to remain in the Eastern District of Washington while this case is pending unless otherwise permitted by the Court. ECF No. 207 at 2-3. Defendant now requests to travel from her residence in Spokane to Hermiston, Oregon, to support her step-son who will be participating in a stock car racing event at the Hermiston Raceway from May 3-5, 2019. In support of her motion, Defendant states that neither the government nor her U.S. Probation Officer oppose her request, and she has provided the Court with her proposed travel itinerary under separate cover. Accordingly, for good cause shown, the motions are granted.

IT IS HEREBY ORDERED:

1. Defendant's Motions to Modify Conditions of Release to Permit Travel and Motion to Expedite (ECF Nos. 860, 861, 871) are **GRANTED**.

2. Defendant is permitted to travel between the Eastern District of Washington and Hermiston, Oregon, departing on May 3, 2019, and returning on May 5, 2019.

3. Defendant shall notify her probation officer of her **specific** travel plans **no less than 24 hours before** her departure and contact the United States Probation Office **immediately** upon her return to the Eastern District of Washington.

4. All other terms and conditions of Defendant's pre-trial supervision remain in effect.

5. Defendant's sentencing hearing scheduled for May 14, 2019, in Spokane, Washington, remains set.

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and the United States Probation Office.

DATED May 1, 2019.



*Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING DEFENDANT'S MOTION TO TRAVEL ~ 3